ACCEPTED
03-14-00199-CV
5814095
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/24/2015 5:24:39 PM
JEFFREY D. KYLE
CLERK

No. 03-14-000199-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/24/2015 5:24:39 PM
JEFFREY D. KYLE
Clerk

IN THE
COURT OF APPEALS FOR THE
THIRD COURT OF APPEALS DISTRICT
AUSTIN, TEXAS

_____

CHURCH OF SCIENTOLOGY INTERNATIONAL, ET AL.
APPELLANTS

VERSUS

MONIQUE RATHBUN
APPELLEE

_____

FROM THE 207TH JUDICIAL DISTRICT COURT, COMAL COUNTY, TEXAS
CAUSE NO. C2013-1082B, HON. DIB WALDRIP, PRESIDING

**APPELLEE'S MOTION FOR LEAVE TO
FILE APPELLEE'S RESPONSE TO NOTICE OF SUPPLEMENTAL
AUTHORITY OF APPELLANT CHURCH OF SCIENTOLOGY**

NOW COMES Appellee Monique Rathbun and files this Motion for Leave to File Appellee's Response to Notice of Supplemental Authority of Appellant Church of Scientology, and in support thereof would respectfully show the Court as follows:

Appellee Monique Rathbun requests leave to file the attached Response to the second Notice of Supplemental Authority filed by Appellant Church of Scientology International ("CSI"). CSI filed its Notice to bring to the Court's attention four opinions applying the Texas Citizen's Participation Act ("TCPA")

Because Mrs. Rathbun believes that CSI has misstated the relevance of these opinions to the case before the Court, Mrs. Rathbun seeks to files a brief response to CSI's notice.

WHEREFORE, Appellee Monique Rathbun prays that this Motion be granted, Appellee's Response to Notice of Supplemental Authority of Church of Scientology International Brief of Appellee be filed in the papers of this appeal, and this Court award her such other and further relief, both general and special, at law or in equity, to which she may be entitled.

Respectfully submitted,

**PULMAN, CAPPUCCIO,**
**PULLEN, BENSON & JONES, LP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By: */s/ Leslie Sara Hyman*
    Elliott S. Cappuccio
    Texas State Bar No. 24008419
    ecappuccio@pulmanlaw.com
    Leslie Sara Hyman
    Texas State Bar No. 00798274
    lhyman@pulmanlaw.com
    Etan Z. Tepperman
    Texas State Bar No. 24088514
    etepperman@pulmanlaw.com

**THE JEFFREY LAW FIRM**
Ray B. Jeffrey
Texas State Bar Number 10613700
2631 Bulverde Road, Suite 105
Bulverde, Texas 78163
(830) 438-8935 Telephone
(830) 438-4958 Facsimile
rjeffrey@sjmlawyers.com

**THE WIEGAND LAW FIRM, P.C.**
Marc F. Wiegand
Texas State Bar No. 21431300
434 North Loop 1604 West, Suite 2201
San Antonio, Texas 78232
(210) 998-3289 Telephone
(210) 998-3179 Facsimile
marc@wiegandlawfirm.com

**ATTORNEYS FOR APPELLEE**
**MONIQUE RATHBUN**

## CERTIFICATE OF CONFERENCE

Pursuant to Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred with counsel for Appellants, who indicated that they are not opposed to the motion for leave to file.

*/s/ Leslie Sara Hyman*
Leslie Sara Hyman

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on the 24ᵗʰ day of June 2015, the foregoing Appellee's Motion for Leave to File Response to Notice of Supplemental Authority of Appellant Church of Scientology has been transmitted by electronic service in accordance with the requirements of the Texas Rules of Appellate Procedure addressed as follows:

Lamont A. Jefferson
HAYNES & BOONE, LLP
112 East Pecan Street, Suite 1200
San Antonio, Texas  78205-1540

Wallace B. Jefferson
Rachel Ekery
ALEXANDER DUBOSE JEFFERSON & TOWNSEND, LLP
515 Congress Avenue, Suite 2350
Austin, Texas  78701

J. Iris Gibson
HAYNES & BOONE, LLP
600 Congress Avenue, Suite 1300
Austin, Texas  78701

Ricardo Cedillo
Les J. Strieber III
Isaac J. Huron
DAVIS CEDILLO & MENDOZA, INC.
McCombs Plaza, Suite 500
755 East Mulberry Avenue
San Antonio, Texas  78212

George H. Spencer, Jr.
CLEMENS & SPENCER
112 E. Pecan St., Suite 1300
San Antonio, Texas  78205-1531

Jonathan H. Hull
Ashley B. Bowen
REAGAN BURRUS
401 Main Plaza, Suite 200
New Braunfels, Texas  78130

Bert H. Deixler
KENDALL BRILL & KLEIGER LLP
Suite 1725
10100 Santa Monica Boulevard
Los Angeles, California  90067

Stephanie S. Bascon
LAW OFFICE OF STEPHANIE S. BASCON PLLC
297 West San Antonio Street
New Braunfels, Texas  78130

Gary D. Sarles
O. Paul Dunagan
SARLES & OUIMET
370 Founders Square
900 Jackson Street
Dallas, Texas  75202

Thomas S. Leatherbury
Marc A. Fuller
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas  75201


*/s/ Leslie Sara Hyman*
Leslie Sara Hyman